UNITED STATES of America,
Plaintiff–Appellee

v.

Curtis Dale LOLLEY, Defendant–Appellant.

No. 10–30738
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 19, 2011.

Josette Louise Cassiere, Assistant U.S. Attorney, Earl M. Campbell, U.S. Attorney's Office, Shreveport, LA, for Plaintiff–Appellee.

Betty Lee Marak, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Shreveport, LA, for Defendant–Appellant.

Curtis Dale Lolley, Minden, LA, pro se.

---

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Curtis Dale Lolley has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lolley has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5th Cir. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.